IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER THURMOND, KATHY MULL, DIANE FORREST and JEANNE RYAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUNTRUST BANKS, INC., SUNTRUST BANK, SUNTRUST MORTGAGE, INC., TWIN RIVERS INSURANCE COMPANY,<br><br>        Defendants. | CIVIL ACTION NO. 2-11-CV-01352-CDJ |

## FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENTS

Defendants SunTrust Banks, Inc., SunTrust Bank, SunTrust Mortgage, Inc. and Twin Rivers Insurance Company, by their undersigned counsel, hereby submit the following Corporate Disclosure Statements pursuant to Fed. R. Civ. P. 7.1(a):

1. SunTrust Mortgage, Inc. and Twin Rivers Insurance Company are wholly-owned subsidiaries of SunTrust Bank, which is a wholly-owned subsidiary of SunTrust Bank Holding Company, which in turn is a wholly-owned subsidiary of SunTrust Banks, Inc.

    2. There is no publicly traded corporation that owns more than 10% of the stock of SunTrust Banks, Inc.

Date: April 14, 2011

          /s/ Maura E. McKenna
          Martin C, Bryce, Jr., Esq. (PA 59409)
          bryce@ballardspahr.com
          Maura E. McKenna, Esq. (PA 202940)
          mckennam@ballardspahr.com
          Ballard Spahr LLP
          1735 Market Street, 51st Floor
          Philadelphia, Pennsylvania  19103-7599
          (215) 864-8238 (Telephone)
          (215) 864-9511 (Fax)

          Attorney for Defendants SunTrust Banks, Inc., SunTrust Bank, SunTrust Mortgage, Inc. and Twin Rivers Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2011, I have caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement to be served on the following counsel via ECF:

>Joseph H. Meltzer, Esq.
>Edward W. Ciolko, Esq.
>Terence S. Ziegler, Esq.
>Joshua C. Schumacher, Esq.
>Michelle A. Coccagna, Esq.
>BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
>280 King of Prussia Road
>Radnor, PA 19087
>
>Steven A. Skalet
>Janell M. Byrd
>MEHRI & SKALET, PLLC
>1250 Connecticut Avenue, N.W.
>Suite 300
>Washington, D.C. 20036
>
>Margaret Caroline Lindsey
>Todd Allen Jones
>1305 Navaho Drive
>Suite 303
>Raleigh, N.C. 27609
>
>Attorneys for plaintiffs

/s/ Maura E. McKenna
Maura E. McKenna

DMEAST #13601824 v1