IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER THURMOND; <br> KATHY MULL; DIANE FORREST; <br> and JEANNE RYAN, individually <br> and on behalf of all others similarly situated, <br> Plaintiffs, | : <br><br> : <br><br> : | |
| v. | : | CIVIL ACTION <br> NO. 11-1352 |
| SUNTRUST BANKS, INC.; SUNTRUST <br> BANK; SUNTRUST MORTGAGE, INC.; <br> and TWIN RIVERS INSURANCE COMPANY <br> Defendants. | : <br><br> : | |

**ORDER**

AND NOW, this 7th day of September, 2011, upon consideration of Defendants' Motion for Stay of Action (Doc. No. 38), it is hereby ORDERED as follows:

(1) The Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File pending the United States Supreme Court's decision in *First American Financial Corporation v. Denise P. Edwards,* No. 10-708;

(2) The court shall retain jurisdiction and the case shall be restored to the trial docket when the action is in a status so that it may proceed to final disposition;

(3) Within thirty (30) days of the Supreme Court's decision, the parties shall jointly file a status report, via the court's Electronic Case Filing (ECF) system; and,

(4) This Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:


/s/   C. Darnell Jones, II         J.